# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALFONSO CHAVARRIA,

      Plaintiff,

v.   No. 1:23-cv-00566-MLG/JMR

VELIA ONTIVEROS and AMC
BUS, INC. a/k/a AMERICAN MOTOR
COACH, INC. d/b/a LOS LIMOUSINES,
d/b/a LIMOUSINE EXPRESS, d/b/a
EL PASO – LOS ANGELES LIMOUSINE
EXPRESS,

      Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal of Plaintiff's Claims Against Defendants with Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA